

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-22-00093-CV**

**IN RE FRANKLIN DRIVE THRU SAFARI, INC.**

———————————

**Original Proceeding**

**From the 82nd District Court**
**Robertson County, Texas**
**Trial Court No. 20-03-20992-CV**

**MEMORANDUM  OPINION**

Relator Franklin Drive Thru Safari, Inc.'s petition for writ of mandamus filed on

April 7, 2022, is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied
Opinion delivered and filed December 7, 2022
[CV06]